

July 14, 2020

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:     *Apesteguy v. Nepal 24 Hours Inc. (1:20-cv-2644-KPF)*

Dear Judge Failla,

We represent Plaintiff, Francis Apesteguy, in the above in-captioned case. Defendant has yet to appear or respond to the complaint which is past due. Plaintiff has received it clerk's certificate of default. We anticipate filing our motion for default judgment within the 30 days. We respectfully request that the initial conference scheduled for July 21, 2020 be adjourned.

The Court's consideration is much appreciated.

                                         Respectfully submitted,

                                         /s/Richard Liebowitz
                                         Richard P. Liebowitz

                                         *Counsel for Plaintiff Francis Apesteguy*

Application GRANTED.  The conference scheduled for July 21, 2020, is hereby ADJOURNED *sine die*.

Dated:     July 15, 2020           SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE