UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS APESTEGUY,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>NEPAL 24 HOURS INC.,<br><br>                    Defendant. | 20 Civ. 2644 (KPF) |

## Default Judgment

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel Richard Liebowitz and exhibits attached thereto, the declaration of Plaintiff Francis Apesteguy and exhibits attached thereto, and the Statement of Damages; and upon all prior papers and proceedings filed herein, including the Order to Show Cause hearing held on September 10, 2020, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Nepal 24 Hours Inc. ("Defendant");

2. Defendant is to pay $3,000.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

3. Defendant is to pay $1,600.00 in attorneys' fees under 17 U.S.C. § 505 and the Court's inherent power and $440.00 in costs pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 54(d);

4. Defendant is to pay post-judgment interest under 28 U.S.C. § 1961; and

5. The Court retains jurisdiction over the enforcement of this judgment.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: September 11, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge